UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SANTINO TOMAINO,

                        Plaintiff,

        -against-

STEPHEN FRANKENBACH, shield no. 150/2,
individually and as a police officer of the Southampton
Town, New York Police Department and TOWN OF
SOUTHAMPTON,

                        Defendants.

----------------------------------------------------------------X

Case No.: CV-02 0402 (JS)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y
★ MAY 28 2003 ★
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:      Riverhead, NY
                 May 22, 2003

_/s/ Arthur V. Graseck, Jr._

ARTHUR V. GRASECK, JR.
Attorney for Plaintiff
1870 Spur Drive South
Islip Terrace, New York 11752-1513

_/s/ Brian A. Andrews_

BRIAN A. ANDREWS
MICHAEL T. CLIFFORD &
ASSOCS., PLLC
Attorneys for Defendants
18 First Street, PO Box 479
Riverhead, New York 11901

PLEASE RETURN A SIGNED COPY OF THIS DOCUMENT TO:

MICHAEL T. CLIFFORD & ASSOCS., PLLC
18 First Street, PO Box 479
Riverhead, New York 11901

The Clerk of the Court is directed to mark this case closed.

SO ORDERED:

MICHAEL T. CLIFFORD
&
ASSOCIATES P.L.L.C.
18 FIRST STREET
P.O. BOX 479
RIVERHEAD, NY
11901
(631) 727-8812